UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DONALD FIEGEL and NANCY FIEGEL,

    Plaintiffs,

v.        Case No: 6:18-cv-933-Orl-40TBS

ERIC WOOTEN and COLENNA KONKLE,

    Defendants.
_____/

## **ORDER**

This cause is before the Court on Plaintiffs' Motion for Leave to Proceed in Forma Pauperis (Doc. 4) filed on June 15, 2018. The United States Magistrate Judge has submitted a report recommending that the motion be denied.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed June 21, 2018 (Doc. 6), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Motion for Leave to Proceed in Forma Pauperis (Doc. 4) is **DENIED** for lack of jurisdiction.

3. This matter is **REMANDED** to the County Court of the Eighteenth Judicial Circuit, in and for Brevard County, Florida, for improvident removal.

4. The Clerk is **DIRECTED** to send a certified copy of this Order to the Clerk of the County Court of the Eighteenth Judicial Circuit, in and for Brevard County, Florida, and to close the file.

**DONE AND ORDERED** in Orlando, Florida on July 11, 2018.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties